# WILENS & BAKER P.C.
ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237

December 27, 2007

Hon. Jed S. Rakoff
United States District Court
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1-3-08

Re: Rodriguez V. Quarantillo; 07 Civ. 11262 (JSR)

Your Honor:

Plaintiff hereby withdraws the above-referenced action. Defendant has adjudicated her application.

Very truly yours,

WILENS & BAKER, P.C.

By _____
Spiro Serras

cc: F. James Loprest, Jr., S.A.U.S.A.
US Attorney's Office
86 Chambers Street
New York, NY 10007

→ Clerk to enter judgment dismissing the case.
SO ORDERED

_____
USDJ
1-2-08